[No. 59418-4-I. Division One. April 28, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RON J. WATERMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-05699-6, Michael J. Fox, J., entered February 15, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 59451-6-I. Division One. April 28, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JULIAN ROSS PATTON ET AL., *Defendants*, ANTHONY LEWIS SOKIMI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-07875-4, Linda Lau, J., entered January 16, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 59522-9-I. Division One. April 28, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. YVONNE B. BURKE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-13626-6, Helen Halpert, J., entered February 6, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 59569-5-I. Division One. April 28, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. G.W.B., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-8-00158-3, George N. Bowden, J., entered December 18, 2006. *Affirmed* by unpublished per curiam opinion.